In re: Manuel Rodenio

Case No.
Chapter

_____ Debtor _____/

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

__✓__ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

_____ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of all payment advices **are not** attached because the debtor:
_____ receives disability payments
_____ is unemployed and does not receive unemployment compensation
_____ receives Social Security payments
_____ receives a pension
_____ does not work outside the home
_____ is self employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received Explain:_____

**Joint Debtor (if applicable):**

_____ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

_____ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

LF-10  (06/02/08)                              Page 1 of 2

_____    Copies of payment advices **are not** attached because the joint debtor:
  _____ receives disability payments
  _____ is unemployed and does not receive unemployment compensation
  _____ receives Social Security payments
  _____ receives a pension
  _____ does not work outside the home
  _____ is self employed and does not receive payment advices

_____    None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____
_____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

X ___[signature]___
Date: 12/2/14
Signature of Attorney or Debtor


Date:_____
Signature of Attorney or Joint Debtor


LF-10   (06/02/08)                              Page 2 of 2

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 48Z | 000168 | 000400 | | 0000400028 | 1 036 |

# Earnings Statement



LAS AMERICAS MULTIMEDIA GROUP
888 BRICKELL AVENUE, SUITE 400
MIAMI, FLORIDA 33131

Period Ending: 09/30/2014
Pay Date: 10/06/2014

00000000028
MANUEL RODEIRO
8251 NW 5TH LANE
MIAMI FL 33126

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 3
   FL: No State Income Tax

Social Security Number: XXX-XX-6723

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1875.00 | 86.67 | 1,875.00 | 35,625.00 |
| **Gross Pay** | | | **$1,875.00** | 35,625.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -174.22 | 3,310.18 |
| | Social Security Tax | -116.25 | 2,208.75 |
| | Medicare Tax | -27.18 | 516.56 |
| | **Net Pay** | **$1,557.35** | |
| | Checking 1 | -1,017.35 | |
| | Checking 2 | -540.00 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,875.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

LAS AMERICAS MULTIMEDIA GROUP
888 BRICKELL AVENUE, SUITE 400
MIAMI, FLORIDA 33131

Advice number: 00000400028
Pay date: 10/06/2014

Deposited to the account of
**MANUEL RODEIRO**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx0252 | xxxx xxxx | $1,017.35 |
| xxxxx3667 | xxxx xxxx | $540.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement 

| | |
|---|---|
| Period Ending: | 10/15/2014 |
| Pay Date: | 10/21/2014 |

LAS AMERICAS MULTIMEDIA GROUP
888 BRICKELL AVENUE, SUITE 400
MIAMI, FLORIDA 33131

00000000027
MANUEL RODEIRO
8251 NW 5TH LANE
MIAMI FL 33126

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  3
  FL:  No State Income Tax

Social Security Number:  XXX-XX-6723

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1875.00 | 86.67 | 1,875.00 | 37,500.00 |
| **Gross Pay** | | | **$1,875.00** | 37,500.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -174.22 | 3,484.40 |
| | Social Security Tax | -116.25 | 2,325.00 |
| | Medicare Tax | -27.19 | 543.75 |
| | **Net Pay** | **$1,557.34** | |
| | Checking 1 | -1,017.34 | |
| | Checking 2 | -540.00 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,875.00

---

©1998, 2006, ADP, LLC  All Rights Reserved

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2006 ADP, LLC

LAS AMERICAS MULTIMEDIA GROUP
888 BRICKELL AVENUE, SUITE 400
MIAMI, FLORIDA 33131

| | |
|---|---|
| Advice number: | 00000420027 |
| Pay date: | 10/21/2014 |

Deposited to the account of
MANUEL RODEIRO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx0252 | xxxx xxxx | $1,017.34 |
| xxxxx3667 | xxxx xxxx | $540.00 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 036 |
|---|---|---|---|---|---|
| 48Z | 000168 | 000400 | | 0000450027 | |

**Earnings Statement** 

LAS AMERICAS MULTIMEDIA GROUP
888 BRICKELL AVENUE, SUITE 400
MIAMI, FLORIDA 33131

Period Ending:    10/31/2014
Pay Date:         11/06/2014

00000000027
MANUEL RODEIRO
8251 NW 5TH LANE
MIAMI FL 33126

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   3
  FL:        No State Income Tax

Social Security Number: XXX-XX-6723

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1875.00 | 86.67 | 1,875.00 | 39,375.00 |
| **Gross Pay** | | | **$1,875.00** | 39,375.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -174.22 | 3,658.62 |
| | Social Security Tax | -116.25 | 2,441.25 |
| | Medicare Tax | -27.19 | 570.94 |
| | **Net Pay** | **$1,557.34** | |
| | Checking 1 | -1,017.34 | |
| | Checking 2 | -540.00 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,875.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

LAS AMERICAS MULTIMEDIA GROUP
888 BRICKELL AVENUE, SUITE 400
MIAMI, FLORIDA 33131

Advice number:   00000450027
Pay date:        11/06/2014

**Deposited to the account of**
MANUEL RODEIRO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx0252 | xxxx xxxx | $1,017.34 |
| xxxxx3667 | xxxx xxxx | $540.00 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| 48Z | 000168 | 000400 | | 0000470029 | 036 |



# Earnings Statement

LAS AMERICAS MULTIMEDIA GROUP
888 BRICKELL AVENUE, SUITE 400
MIAMI, FLORIDA 33131

Period Ending: 11/15/2014
Pay Date: 11/20/2014

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  FL: No State Income Tax

00000000029
MANUEL RODEIRO
8251 NW 5TH LANE
MIAMI FL 33126

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1875.00 | 86.67 | 1,875.00 | 41,250.00 |
| **Gross Pay** | | | **$1,875.00** | 41,250.00 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -174.22 | 3,832.84 |
| Social Security Tax | | -116.25 | 2,557.50 |
| Medicare Tax | | -27.19 | 598.13 |
| **Net Pay** | | **$1,557.34** | |
| Checking 1 | | -1,017.34 | |
| Checking 2 | | -540.00 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,875.00



---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

LAS AMERICAS MULTIMEDIA GROUP
888 BRICKELL AVENUE, SUITE 400
MIAMI, FLORIDA 33131

Advice number: 00000470029
Pay date: 11/20/2014

**Deposited to the account of**
MANUEL RODEIRO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx0252 | xxxx xxxx | $1,017.34 |
| xxxxx3667 | xxxx xxxx | $540.00 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE